UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SIRHAN BISHARA SIRHAN<br><br>Petitioner,<br><br>vs.<br><br>GEORGE GALAZA, Warden, et al.,<br><br>Respondents. | No. CV 00-05686 CAS (AJW)<br><br>**PRELIMINARY INJUNCTION ORDER** |

On April 10, 2011, petitioner, through designated local counsel Marjorie M. Mikels, filed an ex parte application (the "Application") for a temporary restraining order ("TRO") with supporting exhibits. The Application sought a TRO against Nate D. Sanders, Nate D. Sanders Auctions and Michael McCowan enjoining the auction, sale, transfer or conveyance of documents advertised on the website of Nate D. Sanders and Nate D. Sanders, Inc., Auctions, www.natedsanders.com, as: "Important Never Before Seen Sirhan Sirhan Document Recalls the Pivotal Moments Before Killing RFK," further described in part as:

///

///

| | |
|---|---|
| 1 | Four pages of handwritten notes by RFK's assassin Sirhan Sirhan, undated but |
| 2 | circa 1969, with astounding content of his movements at the Ambassador |
| 3 | Hotel the day of the murder. . . Manuscript includes an intricate map of the |
| 4 | Ambassador Hotel ballroom . . . manuscript in pencil measuring 8" by 12.5" |
| 5 | on just over four pages, is folded in thirds and has a staple at top left. . . . |
| 6 | accompanied by a Letter of Authenticity from defense investigator, Michael |
| 7 | McCowan, as well as a letter signed by both Sirhan Sirhan and McCowan, |
| 8 | giving McCowan "the right to write a book about his investigation into my |
| 9 | case. . . ." |

On April 11, 2011, the Court granted the Application and ordered that Nate D. Sanders, Nate D. Sanders Auctions, and Michael McCowan show cause, if any they have, on or before April 18, 2011, as to why the Court should not issue an injunction enjoining them from auctioning, selling, transferring, disclosing the contents of, or otherwise conveying the above-referenced documents during the pendency of these proceedings. See Dkt. 148. The Court further ordered Nate D. Sanders, Nate D. Sanders Auctions, and Michael McCowan to bring the above-referenced documents to court at the time of the preliminary injunction hearing. Id.

On April 25, 2011, the Order to Show Cause re Preliminary Injunction came on for hearing. Counsel for petitioner appeared and Michael McCowan appeared pro se. Nate D. Sanders and Nate D. Sanders Auctions did not appear.

Pursuant to the Court's order granting the Application, Michael McCowan submitted to the Court those documents in his possession that are the subject of the Application. Michael McCowan further requested additional time to obtain counsel to represent him in this matter.

Having considered the submissions, the Court ORDERS Michael McCowan to submit to counsel for petitioner copies of the documents presented to the Court. The Court issues a preliminary injunction ENJOINING Nate D. Sanders, Nate D. Sanders Auctions, and Michael McCowan from auctioning, selling, transferring, disclosing the

contents of, or otherwise conveying the above-referenced documents during the pendency of these proceedings, and directs that the documents submitted be maintained under seal until such time as the Court is able to hold a hearing to ascertain whether the documents are protected by the attorney-client privilege and/or attorney work-product protection.

The Court sets a further hearing in this matter on June 24, 2011, at 12:00 noon for purposes of determining whether the documents submitted are subject to the attorney-client privilege and/or attorney work-product protection. The Court directs petitioner, Nate D. Sanders, Nate D. Sanders Auctions, and Michael McCowan to submit, one week prior to that hearing, a joint statement as to each document produced by Michael McCowan setting forth their contentions as to whether any privilege or protection applies.

IT IS SO ORDERED

Dated: April 25, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE