UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **SIRHAN BISHARA SIRHAN,** | ) | Case No. CV 00-5686-BRO(AJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT |
| **P.D. BRAZELTON, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: January 5, 2015

_____
Beverly Reid O'Connell
United States District Judge